## ETTA LISSY *v.* HERMAN LISSY
## ETTA LISSY *v.* HERMAN LISSY, t/a WYMAN PARK MARKET.

[Nos. 36 and 37, October Term, 1941.]

*Decided December 3, 1941.*

The cause was argued before BOND, C. J., SLOAN, JOHNSON, DELAPLAINE, COLLINS, FORSYTHE, and MARBURY, JJ.

*Michael J. Manley,* with whom was *William O. Tydings* on the brief, for the appellant.

*Webster S. Blades,* with whom were *Blades & Rosenfeld* on the brief, for the appellee.

COLLINS, J., delivered the opinion of the Court